ACCEPTED
03-14-00701-CR
5613152
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/10/2015 9:22:22 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00701-CR

| | | |
|---|---|---|
| **BARRY PIZZO** | § | **IN THE** |
| | § | |
| **VS.** | § | **THIRD COURT** |
| | § | |
| **STATE OF TEXAS** | § | **OF APPEALS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/10/2015 9:22:22 AM
JEFFREY D. KYLE
Clerk

### APPEARANCE OF COUNSEL

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes E. Chevo Pastrano and hereby files this appearance as attorney of record for BARRY PIZZO, Appellant. Undersigned counsel received notice of appointment to represent Mr. Pizzo on June 8, 2015. Address and other contact information is as follows:

E. Chevo Pastrano
The Pastrano Law Firm, P.C.
202 Travis Street, Suite 307
Houston, Texas 77002
713.222.1100
832.218.7114-fax
chevo@pastranolaw.com

Respectfully submitted,

The Pastrano Law Firm, P.C.
The Old Cotton Exchange Building
202 Travis Street, Suite 307
Houston, Texas 77002
(713) 222-1100
(832) 218-7114 - FAX

By: _____
E. Chevo Pastrano
State Bar No. 24037240
chevo@pastranolaw.com

## CERTIFICATE OF SERVICE

This is to certify that on June 10, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Comal County, Texas, via facsimile and/or email:

**Comal County District Attorney**
**150 North Seguin, Suite 307**
**New Braunfels, Texas 78130**
**Telephone: 830.221.1300**
**Facsimile:  830.608.2008**

E. Chevo Pastrano